| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Stephen James Schoonover |
| Debtor 2 (Spouse, if filing) | Andrea Christine Schoonover |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 18-60415-rk |

## Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 8 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/15/2021

**New total payment:** $ 590.88
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 147.72   New escrow payment: $ 140.73

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1  Notice of Mortgage Payment Change  page 1

| Debtor 1 | Stephen James Schoonover | Case number (if known) | 18-60415-rk |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons  
Signature

Date 06/04/2021

Print: Molly Slutsky Simons  
First Name  Middle Name  Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180  
Number  Street

Loveland  OH  45140  
City  State  ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

STEPHEN SCHOONOVER
2815 BROKENSWORD RD
BUCYRUS OH 44820

Analysis Date: May 24, 2021   Final
Property Address: 2815 BROKEN SWORD ROAD  BUCYRUS, OH 44820   Loan: ▮

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Jan 2021 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 15, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 450.15 | 450.15 |
| Escrow Payment: | 147.72 | 140.73 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $597.87 | $590.88 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 15, 2021 |
| Escrow Balance: | 92.57 |
| Anticipated Pmts to Escrow: | 295.44 |
| Anticipated Pmts from Escrow (-): | 623.80 |
| Anticipated Escrow Balance: | ($235.79) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (1,403.32) |
| Jan 2021 | | 136.36 | | | * | | 0.00 | (1,266.96) |
| Jan 2021 | | | | 513.50 | * | County Tax | 0.00 | (1,780.46) |
| Mar 2021 | | 136.36 | | | * | | 0.00 | (1,644.10) |
| Mar 2021 | | 136.36 | | | * | | 0.00 | (1,507.74) |
| Mar 2021 | | | | 153.92 | * | Forced Place Insur | 0.00 | (1,661.66) |
| Apr 2021 | | 136.36 | | | * | | 0.00 | (1,525.30) |
| Apr 2021 | | 1,580.45 | | | * | Escrow Only Payment | 0.00 | 55.15 |
| Apr 2021 | | | | 55.15 | * | Forced Place Insur | 0.00 | 0.00 |
| May 2021 | | 147.72 | | | * | | 0.00 | 147.72 |
| May 2021 | | | | 55.15 | * | Forced Place Insur | 0.00 | 92.57 |
| | | | | | | Anticipated Transactions | 0.00 | 92.57 |
| May 2021 | | 147.72 | | 55.15 | | Forced Place Insur | | 185.14 |
| Jun 2021 | | 147.72 | | 55.15 | | Forced Place Insur | | 277.71 |
| Jun 2021 | | | | 513.50 | | County Tax | | (235.79) |
| | $0.00 | $2,569.05 | $0.00 | $1,401.52 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are

Page 1

silent on this issue.

Analysis Date: May 24, 2021                                                                                                         Final
Borrower: STEPHEN SCHOONOVER                                                                                                   Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (235.79) | 171.21 |
| Jul 2021 | 140.73 | 55.15 | Forced Place Insur | (150.21) | 256.79 |
| Aug 2021 | 140.73 | 55.15 | Forced Place Insur | (64.63) | 342.37 |
| Sep 2021 | 140.73 | 55.15 | Forced Place Insur | 20.95 | 427.95 |
| Oct 2021 | 140.73 | 55.15 | Forced Place Insur | 106.53 | 513.53 |
| Nov 2021 | 140.73 | 55.15 | Forced Place Insur | 192.11 | 599.11 |
| Dec 2021 | 140.73 | 55.15 | Forced Place Insur | 277.69 | 684.69 |
| Jan 2022 | 140.73 | 55.15 | Forced Place Insur | 363.27 | 770.27 |
| Feb 2022 | 140.73 | 513.50 | County Tax | (9.50) | 397.50 |
| Feb 2022 |  | 55.15 | Forced Place Insur | (64.65) | 342.35 |
| Mar 2022 | 140.73 | 55.15 | Forced Place Insur | 20.93 | 427.93 |
| Apr 2022 | 140.73 | 55.15 | Forced Place Insur | 106.51 | 513.51 |
| May 2022 | 140.73 | 55.15 | Forced Place Insur | 192.09 | 599.09 |
| Jun 2022 | 140.73 | 55.15 | Forced Place Insur | 277.67 | 684.67 |
| Jun 2022 |  | 513.50 | County Tax | (235.83) | 171.17 |
|  | $1,688.76 | $1,688.80 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 171.17. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 281.47 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (235.79). Your starting balance (escrow balance required) according to this analysis should be $171.21. This means you have a shortage of 407.00. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 1,688.80. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 140.73 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $140.73 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CANTON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-60415-rk |
| Stephen James Schoonover<br>Andrea Christine Schoonover | Chapter 13 |
| Debtors. | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I certify that on June 4, 2021, a true and correct copy of this Notice of Mortgage Payment Change was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Douglas L. Thrush, Debtor's Counsel
    bankruptcy@dlthrushbk.com

    Dynele L Schinker-Kuharich, Chapter 13 Trustee
    dlsk@chapter13canton.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Stephen James Schoonover, Debtor
    2815 Brokensword Road
    Bucyrus, OH 44820

Andrea Christine Schoonover, Debtor
2815 Brokensword Road
Bucyrus, OH 44820

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor